# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Save Jobs USA

**v.**
U.S. Dep't of Homeland Sec. et al.

**Case No:** 23-5089

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Save Jobs USA

### Counsel Information

**Lead Counsel:** John M. Miano
**Direct Phone:** (908) 273-9207  **Fax:** (   )    -    **Email:** jmiano@verion.net

**2nd Counsel:** Christopher Hajec
**Direct Phone:** (202) 232-4490  **Fax:** (   )    -    **Email:** chajec@irli.org

**3rd Counsel:**
**Direct Phone:** (   )    -    **Fax:** (   )    -    **Email:**

**Firm Name:**
**Firm Address:**
**Firm Phone:** (   )    -    **Fax:** (   )    -    **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[ Save ]  [ Reset Form ]  [ Print Form ]