ORAL ARGUMENT SCHEDULED
FOR MAY 13, 2024 AT 9:30 AM

**No. 23-05089**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

SAVE JOBS USA,
*Plaintiff-Appellant,*

*v.*

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
*Defendant-Appellee.*

---

ON APPEAL FROM AN ORDER ENTERED IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
1:15-cv-615
The Hon. Tanya S. Chutkan

---

**APPELLEES IMMIGRATION VOICE AND ANUJKUMAR DHAMIJA'S
UNOPPOSED MOTION FOR POSTPONEMENT OF ORAL ARGUMENT**

---

Carl E. Goldfarb
Megan Nyman
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301
(954) 356-0011

Evelyn Wiese
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36th Street
Suite 2201
Miami, FL 33166
(305) 573-1106

## <u>CERTIFICATE AS TO PARTIES AND AMICI AND DISCLOSURE STATEMENT</u>

(A)  **Parties and Amici.**  Except for the following *Amici curiae*, the American Immigration Council and the American Immigration Lawyers Association, all parties, intervenors, and amici appearing in this court are listed in the Brief for Appellant.

(B)  **Corporate Disclosure Statement.**  Immigration Voice is a national, nonprofit 501(c)(4) organization working to alleviate difficulties faced by legal high-skilled immigrants in the United States. Immigration Voice does not have a parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

1

Pursuant to Federal Rules of Appellate Procedure 27 and 34(b) and D.C. Circuit Rule 34(g), Appellees Immigration Voice and Anujkumar Djamija respectfully move to postpone oral argument in this matter. All parties have consented to or agreed not to object to the request.

On March 25, 2024, the Court entered an Order setting oral argument for 9:30 AM on May 13, 2024. (March 25, 2024 Order [DE 2046545]).

The arguing counsel for Appellees Immigration Voice and Anujkumar Djamija, Carl Goldfarb, has a conflict on that date because that is the date his daughter is scheduled to graduate from the University of California, Department of Public Health, in Berkeley, California.

On March 26, 2024, Counsel notified counsel for Appellee U.S. Department of Justice and Appellant Save Jobs USA of the conflict and requested their position on a motion to postpone the argument. Counsel for the Save Jobs USA consented to the request; counsel for the U.S. Department of Justice said the department had no objection to the request.

D.C. Circuit Rule 34(g) provides that after a case is set for oral argument, it may "only" be continued by "order of the court upon a motion evidencing

extraordinary cause of a continuance." The undersigned counsel believes the

specified conflict qualifies and respectfully requests the argument be rescheduled.[1]


Dated: March 27, 2024                    By:   *s/ Carl E. Goldfarb*
                                               Carl E. Goldfarb, Esq.

---

[1] Undersigned Counsel respectfully informs the Court that he is scheduled to be in trial in Chancery Court in Delaware from May 20–24, 2024.

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to and Federal Rule of Appellate Procedure 32(g)(1), Appellees certify that this motion complies with the volume limitation of D.C. Circuit Rule 32(e)(2)(b) because it contains 239 words.  Appellees further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Times New Roman font.

Dated:  March 27, 2024            By:    *s/ Carl E. Goldfarb*_____
                                          Carl E. Goldfarb, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the appellate CM/ECF system on March 27, 2024.

By:    *s/ Carl E. Goldfarb*
        Carl E. Goldfarb, Esq.