No. 23-5089                              September Term, 2024

1:15-cv-00615-TSC

**Filed On:** October 17, 2024

Save Jobs USA,

       Appellant

      v.

United States Department of Homeland
Security, Office of General Counsel, et al.,

       Appellees

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of America First Legal Foundation's unopposed motion for invitation to file an amicus curiae brief in support of appellant's petition for rehearing en banc, and the lodged amicus curiae brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amicus curiae brief.

### Per Curiam

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                 BY:     /s/
                           Daniel J. Reidy
                           Deputy Clerk